DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

RAY NEVELS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-713

_____

September 7, 2022

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit
Court for Sarasota County; Thomas Krug, Judge.

Ray Nevels, pro se.

PER CURIAM.

    Affirmed.

LaROSE, SMITH, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.